UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 29 2008
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| Victor Lysyj, Jr., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>George Bush, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 08 0735 |

MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application and will dismiss the complaint as it is required to do if it determines that the action is frivolous. 28 U.S.C. § 1915(e)(2)(i).

Plaintiff is a resident of Ohio. Although the complaint is mostly unclear, plaintiff accuses President George Bush and First Lady Laura Bush of committing sexual acts on his children. Complaints that describe fantastic or delusional scenarios are subject to immediate dismissal. *See Neitzke v. Williams*, 490 U.S. 319, 328 (1989); *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994). Moreover, a complaint may be dismissed as frivolous when it lacks "an arguable basis in law and fact," *Brandon v. District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984), or is based on "fanciful factual allegation[s]." *Neitzke*, 490 U.S. at 325. This complaint satisfies the foregoing conditions and therefore will be dismissed by separate Order issued contemporaneously.

United States District Judge

Date: April 15, 2008