UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 29 2008
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| Victor Lysyj, Jr., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>George Bush, *et al.*, )<br>)<br>    Defendants. ) | Civil Action No. **08 0735** |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 15th day of April 2008,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this action is DISMISSED with prejudice. This is a final appealable Order.

/s/ Royce C. Lamberth
United States District Judge